FILED

09/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0343

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0343

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WILLIAM JAMES HARNING,

Defendant and Appellant.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 10, 2021, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 13 2021